UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 2:16-cr-00065-JLL |
| VINCENT J. OPALEWSKI, *et ano.*, | : | **ORDER FOR DISMISSAL** |
| Defendants. | : | |

---------------------------------------------------------------x

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Marvin N. Price, Jr., Acting Deputy Assistant Attorney General of the Antitrust Division of the United States Department of Justice, hereby dismisses the charge contained in the Indictment, Crim. No. 2:16-cr-00065, against defendant Vincent J. Opalewski, which Indictment was filed on February 17, 2016, charging the defendant with conspiracy to restrain trade in violation of 15 U.S.C. § 1, because further prosecution of this charge is not in the interests of the United States at this time.

This dismissal is without prejudice.

MARVIN N. PRICE, JR.
Acting Deputy Assistant Attorney General
Antitrust Division

Leave of Court is granted for the filing of the foregoing dismissal.

JOSE L. LINARES
Chief Judge

Dated: 11/14/17